133 A.3d 261

**Michael A. DINAPOLI, et al.**

v.

**BOARD OF APPEALS OF QUEEN ANNE'S COUNTY, et al.**

**No. 66, Sept. Term, 2015.**

Court of Appeals of Maryland.

March 9, 2016.

Reconsideration Denied April 21, 2016.

Rosemary Greene (Queen Anne's Conservation Association, Centreville, MD), on brief, for Petitioners.

Charles O. Monk, II (John B. Howard, Jr., Saul Ewing, LLP, Baltimore, MD), on brief, for Respondents.

Mark F. Gabler (Warren K. Rich, Rich and Henderson, P.C., Annapolis, MD), on brief, for Respondents.

ARGUED BEFORE: BARBERA, C.J., BATTAGLIA, GREENE, ADKINS, McDONALD and GLENN T. HARRELL, JR. (Retired, Specially Assigned), IRMA S. RAKER (Retired, Specially Assigned), JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 9th day of March, 2016,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.